AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| Gregory Formicone | ) Case No. 8:25-mj-3404-SPF |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

RECEIVED U.S. MARSHALS
2025 NOV 5 AM 8:24

NOV 5 2025 PM 2:24
FILED - USDC - FLMD - TPA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Gregory Formicone,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Transmitting in Interstate Commerce a Threat to Injure.
In Violation of: 18 U.S.C. § 875(c).

Date: 11/4/2025

*Issuing officer's signature*

City and state: Tampa, Florida          Sean P. Flynn, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/5/25, and the person was arrested on *(date)* 11/5/25
at *(city and state)* Tampa, FL.

Date: 11/5/25

for FBI

*Arresting officer's signature*

R. Delall CDO
*Printed name and title*